
RECEIVED
IN MONROE, LA
MAY 0 5 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| MARVIN DORALE MILLER, ET AL | * | CIVIL ACTION NO. 06-0023 |
| Versus | * | JUDGE JAMES |
| HERSHEL SERVATIUS, ET AL | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's claims against the City of Tallulah are **DISMISSED** With Prejudice for failure to state a claim for which relief may be granted. in accordance with the provisions of FRCP Rule 41(b) and LR 41.3W.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 5 day of May, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE